IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MEGAN R. ASTFALK, | § |
| | §    Case No. 1:17-cv-00425 |
|     Plaintiff | § |
| | § |
| -v- | § |
| | §    Hon. Janet T. Neff |
| CAVALRY SPV I, LLC | § |
| | § |
|     Defendant. | § |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

    IT IS HEREBY STIPULATED AND AGREED by the parties and/or their respective counsel that the above captioned matter is voluntarily dismissed, with prejudice against the defendant pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

\_\_\_/s/_____/s/_____
Jeffrey D. Mapes, Attorney for Plaintiff     Anna-Katrina S. Christakis, Attorney for Defendant
Jeffrey D. Mapes, PLC     Pilgrim Christakis LLP
29 Pearl St. NW, Ste. 305     321 N. Clark St. 26th Floor
Grand Rapids, MI 49503     Chicago, IL
(616) 719-3847     (312) 924-1773

Dated:\_2/8/18_____     Dated: \_2/8/18_____